United States Bankruptcy Court for the Southern District of Indiana
New Albany Division
Joseph M. Black, Jr. Standing Trustee

Page 1

| In RE: | ROBERT W COOMER<br>1512 E 10TH ST<br><br>JEFFERSONVILLE IN 47130 | Case Number | 6/2/2009 |
|---|---|---|---|
| | | **0892274  BHL** | |
| | | SS #:   xxx-xx-8205   xxx-xx- | |

## REPORT ON CLAIMS

| | Creditor | Address | Date Filed | Amount Filed | Int Rate | Class |
|---|---|---|---|---|---|---|
| 001-0 | RICHARD A SCHWARTZ<br>3339 TAYLORSVILLE RD | KRUGER & SCHWARTZ<br>LOUISVILLE,KY 40205- | 08/31/2008 | 3,500.00 | | Legal |
| 002-0 | PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 12914 | PORTFOLIO RECOVERY ASSOCIATES<br>NORFOLK,VA 23541- | 12/18/2008 | 418.89 | | Unsecured |
| 003-0 | THORNTON AMERICAS HOLDINGS | 5901 PRIESTLY DR, STE 300<br>CARLSBAD,CA 92008- | 10/02/2008 | 7,524.71 | | Unsecured |
| 004-0 | PERSONAL FINANCE<br>PO BOX 237 | 1973 GARDNER LANE, NW<br>CORYDON,IN 47112- | 09/30/2008 | 1,315.55 | | Unsecured |
| 005-0 | DUKE ENERGY SHARED SERVICES IN<br>PO BOX 960-EF367 | C/O PORTFOLIO RECOVERY SERVICE<br>CINCINNATI,OH 45273- | 10/09/2008 | 163.40 | | Unsecured |
| 006-0 | JEFFERSON CAPITAL SYSTEMS | PO BOX 23051<br>COLUMBUS,GA 31902-3051 | 12/19/2008 | 142.20 | | Unsecured |
| 666-0 | JOSEPH M BLACK, JR, TRUSTEE<br>PO BOX 846 | <br>SEYMOUR,IN 47274- | | 0.00 | | Not Filed |

/s/ Joseph M. Black, Jr.
---------------------------------

Post Office Box 846
Seymour, Indiana 47274
(812) 524-7211